1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Brian Keith, | Case No. 2:22-cv-02326-JLS-JPR |
| --- | --- |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| FRAME LA Brands, LLC, | |
| Defendant. | |

    Pursuant to the parties' Stipulated Notice of Voluntary Dismissal FCRP 41(a)(1)(A)(ii) (Doc. 16), IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

DATED: July 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE